**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 13-cv-00844-RM-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2005 JEEP GRAND CHEROKEE LAREDO, VIN 1J4GR48K45C597638, and
$1,090.00 IN UNITED STATES CURRENCY,

    Defendants.

## FINAL ORDER OF FORFEITURE

THIS MATTER comes before the Court on the United States' Unopposed Motion for Final Order of Forfeiture (ECF No. 19) (the "Motion"). The Court, having reviewed the Motion as well as the Settlement Agreement reached by the parties (ECF No. 19-1) and being fully advised, hereby FINDS:

THAT the United States commenced this action *in rem* pursuant to 21 U.S.C. § 881;

THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

THAT sole claimant Luz Beltran has filed a Verified Statement in Interest and an Answer to the United States' Verified Complaint;

THAT no other claims to the defendant property have been filed;

THAT the United States and sole claimant Luz Beltran through her attorneys Harvey A. Steinberg and Ariel Z. Benjamin, have reached a settlement in this case, and have filed a Settlement Agreement with the Court resolving all issues in dispute;

THAT upon agreement of the parties, claimant Luz Beltran agrees to forfeit to the United States: defendant 2005 Jeep Grand Cherokee Laredo, VIN 1J4GR48K45C597638, pursuant to 21 U.S.C. § 881, which will be disposed of in accordance with law and the terms of the parties' Settlement Agreement;

THAT upon agreement of the parties, the United States has agreed to return to claimant Luz Beltran, defendant $1,090.00 in United States Currency;

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 881.

**NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:**

1. THAT the Motion (ECF No. 19) filed September 4, 2013 is GRANTED;

2. THAT judgment of forfeiture of defendant 2005 Jeep Grand Cherokee Laredo, VIN 1J4GR48K45C597638 is hereby entered in favor of the United States;

3. THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement;

4. THAT the United States shall return to claimant Luz Beltran defendant $1,090.00 in United States Currency; and

5. THAT a Certificate of Reasonable Cause, which this Order constitutes, is GRANTED as to Defendant 2005 Jeep Grand Cherokee Laredo, VIN 1J4GR48K45C597638 and Defendant $1,090.00 in United States Currency pursuant to 28 U.S.C. § 2465.

DATED this 17th day of September, 2013.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge